**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BARTHOLOMEW DUCKETT                                                    PLAINTIFF

v.                                    No. 4:16CV00019-JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration,                                        DEFENDANT

<u>**ORDER**</u>

    The Court has received Proposed Findings and Recommendations ("RD") submitted by

United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review,

the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the

Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

    IT IS SO ORDERED this 23rd day of August, 2016.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE