IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARTHOLOMEW DUCKETT                                                                       PLAINTIFF

v.                                              No. 4:16CV00019-JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE